DAVID L. SCHRADER, State Bar No. 149638
ALLISON N. SHUE, State Bar No. 193527
MICHAEL T. ZARRO, State Bar No. 110171
CATHERINE N. MITCHELL, State Bar No. 222384
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Facsimile: 213.612.2501

Attorneys for Defendants Chevron U.S.A. Inc.,
Union Oil Company of California, and Unocal Corporation

[ADDITIONAL PARTIES LISTED ON SIGNATURE BLOCKS]

EMC Chambers Copy
C05-05297 EMC

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERVIEW WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY; BP PRODUCTS NORTH AMERICA, INC.; BP WEST COAST PRODUCTS, LLC; CHEVRON USA, INC.; CITGO PETROLEUM CORPORATION; CONOCOPHILLIPS COMPANY; EL PASO MERCHANT ENERGY-PETROLEUM COMPANY; EQUILON ENTERPRISES LLC; EXXONMOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; KERN OIL AND REFINING COMPANY; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY, LLC; TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY; TMR COMPANY; ULTRAMAR, INC; UNOCAL CORPORATION; UNION OIL COMPANY OF CALIFORNIA; VALERO ENERGY CORPORATION; VALERO MARKETING AND SUPPLY COMPANY; VALERO REFINING COMPANY – CALIFORNIA; LYONDELL CHEMICAL COMPANY; EQUISTAR CHEMICALS, LP; LYONDELL LP4, INC.; AND DOES 1 THROUGH 1000, INCLUSIVE,<br><br>Defendants. | Case No. C05-05297 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING RULING ON TRANSFER AND CONSOLIDATION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>Honorable Edward M. Chen |

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
PENDING RULING ON TRANSFER AND CONSOLIDATION
CASE NO. C05-05297 EMC

Plaintiff Riverview Water District ("Plaintiff"), and defendants Chevron U.S.A. Inc., Union Oil Company of California, Unocal Corporation, Atlantic Richfield Company, BP Products North America Inc., BP West Coast Products LLC, CITGO Petroleum Corporation, ConocoPhillips Company, El Paso Merchant Energy-Petroleum Company, Equistar Chemicals LP, Exxon Mobil Corporation, ExxonMobil Oil Corporation, Kern Oil & Refining Co., Lyondell Chemical Company, Lyondell LP4, Inc., Shell Oil Company, Shell Oil Products Company, LLC, Equilon Enterprises LLC, TMR Company, Tesoro Corporation, Tesoro Refining and Marketing Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, and Valero Refining Company-California (collectively, "Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on December 21, 2005, Defendants filed a Notice of Removal to remove this action from the Superior Court for the County of Contra Costa to the above-captioned Court;

WHEREAS, Defendants believe that transfer of this action to *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, currently pending in the United States District Court for the Southern District of New York (MDL 1358), is proper, on the grounds that the allegations in these cases involve a material part of the same subject matter and substantially the same defendants;

WHEREAS, in conjunction with the Notice of Removal, on December 27, 2005, Defendants gave notice of the relatedness of this action and MDL 1358 to the Judicial Panel on Multidistrict Litigation (the "Panel") and requested transfer of this action to MDL 1358;

WHEREAS, Plaintiff and Defendants are awaiting a ruling on the requested transfer of this action to MDL 1358;

WHEREAS, to conserve resources and promote an efficient determination of the action, Plaintiff and Defendants desire to stay this action for all purposes, including responsive pleadings, discovery, and other pre-trial activities, until after the Panel has issued its ruling regarding the request to transfer this action to MDL 1358.

NOW, THEREFORE, Plaintiff and Defendants agree that this action may be stayed for all purposes, including responsive pleadings, discovery, and other pre-trial activities, until twenty (20) days after the Panel has issued its ruling regarding the request to transfer this action to MDL 1358.

Dated: January 9, 2006        SHER LEFF LLP

By: /s/ Victor M. Sher
Victor M. Sher
Attorneys for Plaintiff

Dated: January ___, 2006      MORGAN, LEWIS & BOCKIUS LLP

By: _____
David L. Schrader
Attorneys for Defendants
Chevron U.S.A. Inc., Union Oil
Company of California, and Unocal
Corporation

Dated: January ___, 2006      ARNOLD & PORTER LLP

By: _____
Lawrence A. Cox
Attorneys for Defendants
Atlantic Richfield Company, BP Products
North America Inc. and BP West Coast
Products LLC

Dated: January ___, 2006      PILLSBURY WINTHROP LLP and
                              EIMER STAHL KLEVORN & SOLBERG LLP

By: _____
Ronit C. Barrett
Attorneys for Defendant
CITGO Petroleum Corporation

3
STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
PENDING RULING ON TRANSFER AND CONSOLIDATION
CASE NO. C05-05297 EMC

NOW, THEREFORE, Plaintiff and Defendants agree that this action may be stayed for all purposes, including responsive pleadings, discovery, and other pre-trial activities, until twenty (20) days after the Panel has issued its ruling regarding the request to transfer this action to MDL 1358.

Dated: January ___, 2006

SHER LEFF LLP

By: _____
Victor M. Sher
Attorneys for Plaintiff

Dated: January 9, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: *David L. Schrader / ANS*
David L. Schrader
Attorneys for Defendants
Chevron U.S.A. Inc., Union Oil Company of California, and Unocal Corporation

Dated: January 9, 2006

ARNOLD & PORTER LLP

By: *Lawrence A. Cox / ANS*
Lawrence A. Cox
Attorneys for Defendants
Atlantic Richfield Company, BP Products North America Inc. and BP West Coast Products LLC

Dated: January 9, 2006

PILLSBURY WINTHROP LLP and
EIMER STAHL KLEVORN & SOLBERG LLP

By: *Ronit C. Barrett / ANS*
Ronit C. Barrett
Attorneys for Defendant
CITGO Petroleum Corporation

3
STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
PENDING RULING ON TRANSFER AND CONSOLIDATION
CASE NO. C05-05297 EMC

| | |
|---|---|
| Dated: January 9, 2006 | LATHAM & WATKINS LLP<br><br>By: *Michele D. Johnson /ANS*<br>Michele D. Johnson<br>Attorneys for Defendant<br>ConocoPhillips Company |
| Dated: January 9, 2006 | HOWREY, LLP<br><br>By: *Mindy G. Davis /ANS*<br>Mindy G. Davis<br>Brent H. Allen<br>Nathaniel B. Walker<br>Attorneys for Defendant<br>El Paso Merchant Energy-Petroleum Company |
| Dated: January 9, 2006 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>By: *Jeffrey J. Parker /ANS*<br>Jeffrey J. Parker<br>Lori A. Osmundsen<br>Whitney D. Jones<br>Attorneys for Defendants<br>Exxon Mobil Corporation and ExxonMobil Oil Corporation |
| Dated: January 9, 2006 | GORDON & REES LLP<br><br>By: *Brian M. Ledger /ANS*<br>Brian M. Ledger<br>Attorneys for Defendant<br>Kern Oil & Refining Co. |

4
STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
PENDING RULING ON TRANSFER AND CONSOLIDATION
CASE NO. C05-05297 EMC

| | | |
|---|---|---|
| 1 | Dated: January 9, 2006 | SUSMAN GODFREY L.L.P. and BLANK ROME LLP |

By: *Alan J. Hoffman /ANS*
Alan J. Hoffman
Attorneys for Defendants
Lyondell Chemical Company, Equistar Chemicals LP, and Lyondell LP4, Inc.

Dated: January 9, 2006

MUNGER, TOLLES & OLSON LLP

By: *William D. Temko /ANS*
William D. Temko
Attorneys for Defendants
Shell Oil Company, Shell Oil Products Company, LLC, Equilon Enterprises LLC, and TMR Company

Dated: January 9, 2006

BINGHAM McCUTCHEN LLP

By: *Colleen P. Doyle /ANS*
Colleen P. Doyle
Diana Pfeffer Martin
Attorneys for Defendants
Tesoro Corporation and Tesoro Refining and Marketing Company

Dated: January 9, 2006

BRACEWELL & GIULIANI LLP

By: *J Clifford Gunter III /ANS*
J. Clifford Gunter III
Tracie J. Renfroe
M. Coy Connelly
Attorneys for Defendants
Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, and Valero Refining Company-California

## ORDER

Based upon the stipulation of the parties, and **GOOD CAUSE APPEARING, IT IS ORDERED**:

The request for stay is **GRANTED**. This action is hereby stayed for all purposes, including responsive pleadings, discovery, and other pre-trial activities, until twenty (20) days after the Panel has issued its ruling regarding the request to transfer this action to MDL 1358.

DATED: January 13, 2006

_____
The Honorable Edward M. Chen