

FILED

AUG - 7 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- X
:
**IN RE: METHYL TERTIARY BUTYL**       :
**ETHER ("MTBE") PRODUCTS**            :       <u>**ORDER TO REMAND**</u>
**LIABILITY LITIGATION**               :
-------------------------------------------------- :       **Master File No. 1:00-1898**
:       **MDL 1358 (SAS)**
**This document relates to:**          :       **M21-88**
:
*California Water Service Co. v. Atlantic*  :
*Richfield Co., et al.*, 05 Civ. 3227 (SAS)  ⟵   C 05-192 JSW
:
*Riverview Water District v. Atlantic*  :
*Richfield Co., et al.*, 06 Civ 0877 (SAS)  ⟵   C 05-5297 EMC
:
-------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## I.    INTRODUCTION

It is hereby ORDERED that the above-captioned cases be remanded
to the state courts from which they were removed.  It is further ORDERED that the
Clerk of this Court furnish the Clerks of the appropriate state courts with an
attested or certified copy of this Order.

MICROFILM

JUL 16 2007  3 ⊠ PM

Dated:    New York, New York
             July 10, 2007

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,      **CLERK**

BY _____
             **DEPUTY CLERK**

MDL, RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00877-SAS
## Internal Use Only

Riverview Water District v. Atlantic Richfield Co.
Assigned to: Judge Shira A. Scheindlin
Lead case: 1:00-cv-01898-SAS
Member cases:

Date Filed: 02/03/2006
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

   1:06-cv-00877-SAS
   1:06-cv-01379-SAS
   1:06-cv-01379-SAS
   1:06-cv-01379-SAS
   1:06-cv-01381-SAS
   1:06-cv-03750-SAS
   1:06-cv-03742-SAS
   1:06-cv-03753-SAS
   1:06-cv-03751-SAS
   1:06-cv-03752-SAS
   1:06-cv-03754-SAS
   1:06-cv-03741-SAS
   1:06-cv-05496-SAS
   1:06-cv-05924-SAS
   1:06-cv-05925-SAS
   1:06-cv-05927-SAS
   1:06-cv-05928-SAS
   1:06-cv-05930-SAS
   1:06-cv-05931-SAS
   1:06-cv-05932-SAS
   1:06-cv-05960-SAS
   1:06-cv-05959-SAS
   1:06-cv-05958-SAS
   1:06-cv-05957-SAS
   1:06-cv-05956-SAS
   1:06-cv-05933-SAS
   1:06-cv-05963-SAS
   1:06-cv-05962-SAS
   1:06-cv-05961-SAS
   1:06-cv-05919-SAS

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _Tamara Velez_
DEPUTY CLERK

1:06-cv-05917-SAS
1:06-cv-05916-SAS
1:06-cv-05915-SAS
1:06-cv-05914-SAS
1:06-cv-05913-SAS
1:06-cv-05937-SAS
1:06-cv-05920-SAS
1:06-cv-05921-SAS
1:06-cv-05922-SAS
1:06-cv-05938-SAS
1:06-cv-05923-SAS
1:06-cv-05939-SAS
1:06-cv-05901-SAS
1:06-cv-05940-SAS
1:06-cv-05902-SAS
1:06-cv-05941-SAS
1:06-cv-05905-SAS
1:06-cv-05906-SAS
1:06-cv-05942-SAS
1:06-cv-05907-SAS
1:06-cv-05911-SAS
1:06-cv-05943-SAS
1:06-cv-05912-SAS
1:06-cv-05945-SAS
1:06-cv-05946-SAS
1:06-cv-05947-SAS
1:06-cv-05948-SAS
1:06-cv-05949-SAS
1:06-cv-05950-SAS
1:06-cv-05951-SAS
1:06-cv-05952-SAS
1:06-cv-05953-SAS
1:06-cv-05954-SAS
1:06-cv-05955-SAS
1:06-cv-05926-SAS
1:06-cv-05926-SAS
1:06-cv-05903-SAS
1:04-cv-04974-SAS
1:04-cv-04973-SAS
1:04-cv-04969-SAS
1:04-cv-04971-SAS

1:04-cv-04972-SAS
1:04-cv-04970-SAS
1:04-cv-04975-SAS
1:04-cv-01719-SAS
1:04-cv-01718-SAS
1:04-cv-01721-SAS
1:04-cv-01722-SAS
1:04-cv-01723-SAS
1:04-cv-03412-SAS
1:04-cv-03413-SAS
1:04-cv-01725-SAS
1:04-cv-04976-SAS
1:04-cv-01726-SAS
1:03-cv-09050-SAS
1:04-cv-05421-SAS
1:03-cv-10053-SAS
1:04-cv-03417-SAS
1:03-cv-09543-SAS
1:04-cv-03416-SAS
1:04-cv-03415-SAS
1:04-cv-05422-SAS
1:03-cv-08248-SAS
1:03-cv-10056-SAS
1:03-cv-10054-SAS
1:04-cv-02388-SAS
1:03-cv-10051-SAS
1:04-cv-02390-SAS
1:04-cv-01727-SAS
1:03-cv-09544-SAS
1:03-cv-10052-SAS
1:04-cv-03418-SAS
1:04-cv-03419-SAS
1:04-cv-03420-SAS
1:04-cv-04968-SAS
1:04-cv-01716-SAS
1:04-cv-01720-SAS
1:04-cv-02053-SAS
1:04-cv-04990-SAS
1:04-cv-02055-SAS
1:04-cv-01724-SAS
1:04-cv-02056-SAS

1:04-cv-02057-SAS
1:04-cv-02061-SAS
1:04-cv-02062-SAS
1:04-cv-02060-SAS
1:04-cv-02059-SAS
1:04-cv-02067-SAS
1:04-cv-02066-SAS
1:04-cv-05424-SAS
1:04-cv-05423-SAS
1:04-cv-02068-SAS
1:03-cv-10057-SAS                    .
1:04-cv-06993-SAS
1:04-cv-02070-SAS
1:04-cv-02072-SAS
1:04-cv-02389-SAS
1:03-cv-10055-SAS
1:05-cv-07269-SAS
1:05-cv-09070-SAS
1:05-cv-09070-SAS
1:05-cv-10266-SAS
1:05-cv-10259-SAS
1:05-cv-04018-SAS
1:04-cv-05422-SAS
1:07-cv-04009-SAS
1:07-cv-04011-SAS
1:07-cv-04012-SAS

Related Case: 1:00-cv-01898-SAS
Case in other court: USDC-NDCA, 3:05-cv-5297
Cause: 28:1331 Fed. Question: Personal Injury

**Plaintiff**

**Riverview Water District**                    represented by **Matthew D. Vespa**
                                                 Sher Leff L.L.P.
                                                 450 Mission Street
                                                 Suite 400
                                                 San Francisco, CA 94105
                                                 (415) 348-8300
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Morgan L. Foley**
                                                 McDougal, Love, Eckis, Smith, Boehmer &
                                                 Foley
                                                 460 North Magnolia Avenue

El Cajon, CA 92020
(619) 440-4444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Scott Summy**
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Robbins**
Sher Leff L.L.P.
450 Mission Street
Suite 400
San Francisco, CA 94105
(415) 348-8300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor M Sher**
Sher and Leff
450 Mission Street Suite 500
San Francisco, CA 94105
415--318-8300
Fax: 415-3488333
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atlantic Richfield Co.**                represented by **Kevin M. Henley**
Arnold & Porter L.L.P.
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Allen Cox**
Arnold & Porter
777 South FiquEroa Street, 44th floor
Los Angeles, CA 90017-5844
213-243-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew T. Heartney**
Arnold & Porter
777 South Figueroa Street, 44th floor
Los Angeles, CA 90017-5844
213-243-4000
Fax: 213-243-4199
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie Hanson Sartoris**
Arnold & Porter L.L.P.
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie B. Weirick**
Arnold & Porter L.L.P.
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP Products North America Inc.**        represented by **Kevin M. Henley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Allen Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew T. Heartney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie Hanson Sartoris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie B. Weirick**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP West Coast Products, L.L.C.**          represented by **Kevin M. Henley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Allen Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew T. Heartney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie Hanson Sartoris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie B. Weirick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chevron USA Inc.**          represented by **Allison N. Shue**
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 900-90071-3132
(213)612-2500
Fax: (213)2501
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Noel Mitchell**
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
(213)612-2500
Fax: (213)612-2501
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louis Schrader**

Morgan, Lewis & Bockius (LosA)
300 South Grand Avenue, 22nd Flr.
Los Angeles, CA 90071-3132
(213)-612-7370
Fax: (877)-432-9652
Email: dschrader@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Zarro**
Morgan, Lewis & Bockius
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132
(213) 612-7362
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citgo Petroleum Corporation**              represented by  **Christopher J. McNevin**
Pillsbury Winthrop, LLP
725 South Figueroa Street Street, Suite
2800
Los Angeles, CA 90017-5406
(213)488-7100
Fax: (213)272-8195 or 490
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa S. Meyer, .**
Eimer, Stahl, Klevorn & Solberg L.L.P.
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan P. Eimer**
Eimer Stahl Klevorn & Solberg
224 S. Michigan Avenue
Ste 1100
Chicago, IL 60604
(312) 660-7600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela R.. Hanebutt**
Eimer, Stahl, Klevorn, & Solberg, L.L.P.
224 S. Michigan Avenue

Suite 1100
Chicago, IL 60604
(312)692-1718
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronit C. Barrett**
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
312-660-7600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ConocoPhillips Company**                    represented by **John J. Lyons**
Latham & Watkins, LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1918
714-540-1235
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon D. Anderson**
Latham & Watkins, LLP
650 Town Center Drive, Suite 2000
Costa Mesa, Ca 92626-1918
714-540-1235
Fax: 714-755-8290
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele D. Johnson**
Latham & Watkins, LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1918
714-540-1235
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**El Paso Merchant Energy-**                   represented by **Brent H. Allen**
**Petroleum Company**                          Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2402
(202) 783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mindy G. Davis**

Howrey, Simon, Arnold & White, L.L.P.
1299 Pennsylvania Avenue
North West
Washington, DC 20004
(202) 783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel B. Walker**
Howrey L.L.P.
1299 Pennsylvania Avenue N.W.
Washington, DC 20004-2402
(202) 783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equilon Enterprises L.L.C.**                represented by **Hojoon . Hwang**
Munger, Tolles & Olson L.L.P.
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071
(213) 683-9100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Cafferty**
Munger Tolles & Olson , LLP
335 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Temko**
Munger, Tolles & Olson, LLP
355 Grand Ave. Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9100
Fax: (213)687-3702
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ExxonMobil Corporation**                represented by **Jeffrey J. Parker**
Sheppard, Mullin, Richter & Hampton
L.L.P.
333 S. Hope Street
48th Floor
Los Angeles, CA 90071

(213) 671-5586
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori A. Osmunden, .**
Sheppard, Mullin, Richter & Hampton
L.L.P.
333 South Hope Street
48th Floor
Los Angeles, CA 90017
(213) 617-5586
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Whitney D. Jones**
Sheppard, Mullin, Richter & Hampton
L.L.P.
333 South Hope Street
48th Floor
Los Angeles, CA 90017
(213) 617-5586
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ExxonMobil Oil Corporation**          represented by  **Jeffrey J. Parker**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Lori A. Osmunden, .**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Whitney D. Jones**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Kern Oil and Refining Company**       represented by  **Brian M ledger**
                                         Gordon and Rees
                                         101 West broadway
                                         Suite 1600
                                         San Diego, CA 92101
                                         619-696-6700
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Oil Company**                      represented by **Hojoon . Hwang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Cafferty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Temko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Oil Products Company,**           represented by **Hojoon . Hwang**
**L.L.C.**                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Cafferty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Temko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tesoro Corporation**                    represented by **Colleen P. Doyle**
Bingham McCutchen, LLP
335 South Grand Avenue, Suite 4400
Los Angles, Ca 90071
(213)680-6400
Fax: (213)680-6499
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diana Pfeffer Martin, .**
Bungham McCutchen L.L.P.
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
(213) 680-6448
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tesoro Refining and Marketing Company**    represented by    **Colleen P. Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diana Pfeffer Martin, .**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TMR Company**    represented by    **Hojoon . Hwang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Cafferty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Temko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ultramar Inc.**    represented by    **J. Clifford Gunter, III**
Bracewell & Patterson L.L.P.
711 Louisiana St.
Ste 2900
Houston, TX 77002-2781
(713)221-1335
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unocal Corporation**    represented by    **Allison N. Shue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Noel Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louis Schrader**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Zarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Oil Company of California**         represented by **Allison N. Shue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Noel Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louis Schrader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Zarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valero Energy Corporation**         represented by **J. Clifford Gunter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Coy Connelly**
Bracewell & Patterson L.L.P.
711 Louisana St.
Ste 2900
Houston, TX 77002-2781
(713)221-1335
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracie Jo Renfroe**
Bracewell & Patterson, L.L.P.
711 Louisiana, Ste. 2900
Houston, TX 77002
713-221-1404
Fax: 713-221-2123

Email:
TRACIE.RENFROE@BRACEPATT.COM

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valero Marketing and Supply**
**Company**

represented by **J. Clifford Gunter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Coy Connelly**
Bracewell & Patterson, L.L.P.
711 Louisiana, Ste. 2900
Houston, TX 77002
713-221-1335
Fax: 713-221-2159
Email:
COY.CONNELLY@BRACEPATT.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracie Jo Renfroe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Coy Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valero Refining Company -**
**California,**

represented by **J. Clifford Gunter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Coy Connelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracie Jo Renfroe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lyondell Chemical Company**

represented by **Alan Jay Hoffman, .**

Blank Rome Comisky & McCaulley
One Logan Square
18th & Cherry Street
Philadelphia, PA 19103-6998
(215) 569-5505
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C. Marcus**
Susman Godfrey L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H Lee Godfrey**
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096
713-651-9366
Fax: 713-654-6666
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moller, .**
Blank Rome L.L.P.
One Logan Sqaure
Philadelphia, PA 19103
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc M. Seltzer**
Susman Godfrey, L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029
(310) 789-3100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vineet Bhatia**
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713.653.7855
Fax: 713.654.3344
Email: vbhatia@susmangodfrey.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equistar Chemicals, L.P.**              represented by **Alan Jay Hoffman, .**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C. Marcus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H Lee Godfrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moller, .**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc M. Seltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vineet Bhatia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lyondell LP4 Inc.**                    represented by **Alan Jay Hoffman, .**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C. Marcus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H Lee Godfrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moller, .**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc M. Seltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vineet Bhatia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citgo Refining & Chemicals Co, LP**     represented by **Pamela R.. Hanebutt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PDV Midwest Refining , LLC**     represented by **Pamela R.. Hanebutt**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2006 | | CASE ACCEPTED AS RELATED TO 1:00-cv-1898. (laq, ) (Entered: 02/06/2006) |
| 02/03/2006 | | CONSOLIDATED MDL CASE: Case consolidated with 1:00-cv-1898. (laq, ) (Entered: 02/06/2006) |
| 02/03/2006 | | Magistrate Judge Ronald L. Ellis is so designated. (laq, ) (Entered: 02/06/2006) |
| 02/03/2006 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court - Northern District of California, Case Number: 3:05-cv-5297, MDL Number: MDL 1358, M Number: M 21-88, to the United States District Court - Southern District of New York. (Signed by Judge MDL Panel on 1/30/6) (laq, ) (Entered: 02/06/2006) |
| 02/16/2006 | | (Court only) ***Attorney Victor M Sher for Riverview Water District, Matthew D. Vespa for Riverview Water District, Morgan L. Foley for Riverview Water District, Paul Scott Summy for Riverview Water District, Todd E. Robbins for Riverview Water District, Lawrence Allen Cox for Atlantic Richfield Co., Kevin M. Henley for Atlantic Richfield Co., Matthew T. Heartney for Atlantic Richfield Co., Melanie Hanson Sartoris for Atlantic Richfield Co., Stephanie B. Weirick for Atlantic Richfield Co. added. (laq, ) (Entered: 03/02/2006) |

| | | |
|---|---|---|
| 02/16/2006 | | (Court only) *** Party BP Products North America Inc. rep by Stephanie B. Weirick, Matthew T. Heartney, Melanie Hanson Sartoris, Lawrence Allen Cox, Kevin M. Henley, and BP West Coast Products, L.L.C. rep by Lawrence Allen Cox, Kevin M. Henley, Stephanie B. Weirick, Matthew T. Heartney, Melanie Hanson Sartoris, and Chevron USA Inc. rep by David Louis Schrader, Allison N. Shue, Michael T. Zarro, Catherine Noel Mitchell, and Citgo Petroleum Corporation rep by Nathan P. Eimer, Ronit C. Barrett, Lisa S. Meyer, Christopher J. McNevin, Pamela R.. Hanebutt, and ConocoPhillips Company rep by Jon D. Anderson, Michele D. Johnson, John J. Lyons, and El Paso Merchant Energy-Petroleum Company rep by Brent H. Allen, Nathaniel B. Walker, Mindy G. Davis, and Equilon Enterprises L.L.C. rep by Patrick J. Cafferty, Hojoon. Hwang, William D. Temko, and ExxonMobil Corporation rep by Lori A. Osmunden, Whitney D. Jones, Jeffrey J. Parker, and ExxonMobil Oil Corporation rep by Whitney D. Jones, Lori A. Osmunden, Jeffrey J. Parker, and Kern Oil and Refining Company rep by Brian M ledger, and Shell Oil Company rep by Patrick J. Cafferty, Hojoon. Hwang, William D. Temko, and Shell Oil Products Company, L.L.C. rep by Patrick J. Cafferty, Hojoon. Hwang, William D. Temko, and Tesoro Corporation rep by Colleen P. Doyle, Diana Pfeffer Martin, and Tesoro Refining and Marketing Company rep by Diana Pfeffer Martin, Colleen P. Doyle, and TMR Company rep by Patrick J. Cafferty, Hojoon. Hwang, William D. Temko, and Ultramar Inc., and Unocal Corporation rep by Allison N. Shue, Michael T. Zarro, Catherine Noel Mitchell, David Louis Schrader, and Union Oil Company of California rep by Allison N. Shue, Michael T. Zarro, Catherine Noel Mitchell, David Louis Schrader, and Valero Energy Corporation rep by Tracie Jo Renfroe, M. Coy Connelly, J. Clifford Gunter, III, and Valero Marketing and Supply Company rep by Michael Coy Connelly, Tracie Jo Renfroe, J. Clifford Gunter, III, and Valero Refining Company - California, rep by Tracie Jo Renfroe, M. Coy Connelly, J. Clifford Gunter, III, and Lyondell Chemical Company rep by David C. Marcus, H Lee Godfrey, Marc M. Seltzer, Jeffrey S. Moller, Vineet Bhatia, Alan Jay Hoffman, and Equistar Chemicals, L.P. rep by H Lee Godfrey, David C. Marcus, Marc M. Seltzer, Alan Jay Hoffman, Vineet Bhatia, Jeffrey S. Moller, and Lyondell LP4 Inc. rep by H Lee Godfrey, David C. Marcus, Marc M. Seltzer, Alan Jay Hoffman, Vineet Bhatia, Jeffrey S. Moller added. (laq, ) (Entered: 03/02/2006) |
| 02/16/2006 | ❍ | MDL TRANSFER IN: Received certified copy of docket entries and documents numbered 1-42 from the United States District Court - Northern District of California. Case Number: 3:05-cv-5297 (EMC), MDL Number: MDL 1358. (laq, ) (Entered: 03/02/2006) |
| 02/27/2006 | ❍2 | MEMORANDUM OF LAW in Opposition to Defts' Motion for Stay or Dismissal Without Prejudice Based on Primary Jurisdiction. (Entered: 02/28/2006) |
| 03/02/2006 | ❍ | Mailed letter to the United States District Court - Northern District of California acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (laq, ) (Entered: 03/02/2006) |

| 03/02/2006 | ❏ | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 03/02/2006) |
|---|---|---|
| 03/10/2006 | ❏ | MOTION for Tracie Renfroe to Withdraw as Attorney. Document filed by Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - California,. (orig fld in 00-1898, doc #976) (cd, ). (Entered: 03/13/2006) |
| 03/23/2006 | | (Court only) ***Motion(s) terminated: MOTION for Tracie Renfroe to Withdraw as Attorney. filed by Valero Marketing and Supply Company,, Valero Energy Corporation,, Valero Refining Company - California,,. (cd, ) (Entered: 03/24/2006) |
| 03/31/2006 | ❏ | ANSWER to Complaint. Document filed by Tesoro Corporation, Tesoro Refining and Marketing Company. (orig fld in 00-1898, doc #1042)(cd, ) (Entered: 04/06/2006) |
| 09/15/2006 | ❏3 | SECOND AMENDED MASTER ANSWE et al to Complaint. Document filed by Citgo Refining & Chemicals Co, LP, PDV Midwest Refining, LLC, Citgo Petroleum Corporation.(cd, ) (Entered: 09/18/2006) |
| 09/18/2006 | ❏ | SECOND AMENDED MASTER ANSWER, MASTER CROSS COMPLAINT AND THIRD PARTY COMPLAINT. Document filed by Ultramar Inc. et al.(cd, ) (Entered: 09/20/2006) |
| 09/18/2006 | ❏ | SECOND AMENDED MASTER ANSWER, MASTER CROSS COMPLAINT, AND THIRD PARTY COMPLAINT. Document filed by Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - California,.(cd, ) (Entered: 09/22/2006) |
| 04/13/2007 | ❏ | TRANSCRIPT of proceedings held on 3/23/07 before Judge Shira A. Scheindlin. Associated Cases: 1:00-cv-01898-SAS et al.(tro) (Entered: 04/13/2007) |
| 07/16/2007 | ❏ | ORDER TO REMAND: The above-captioned cases be remanded to the state courts from which they were moved. The Clerk of this Court furnish the Clerks of the appropriate state courts with an attested or certified copy of this Order. This relates to: 05cv3227(SAS) and 06cv877(SAS). Original filed in 00cv1898 doc. #1460. (Signed by Judge Shira A. Scheindlin on 7/10/2007) (jar) (Entered: 07/17/2007) |